

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MLM:BWB/ZA                                    *271 Cadman Plaza East*
                                              *Brooklyn, New York 11201*

September 14, 2010

**<u>Via U.S. Mail and ECF</u>**

Michael Hueston, Esq.
Cardinale, Hueston & Marinelli
350 Fifth Avenue, Suite 4810
New York, NY 10118

          Re:  United States v. Kareem Ibrahim
               <u>Criminal Docket No. 07-543 (DLI)</u>

Dear Counsel:

          Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, and subject to the provisions set forth in the
Stipulation and Order signed by the parties and ordered by the
Court on July 2, 2008, the government herein furnishes
supplemental discovery.  In addition, the government reiterates
its request for reciprocal discovery, as set forth in full in the
government's initial discovery letter.

          In response to your letter dated September 10, 2010, the
Office of the United States Attorney takes no position regarding
the admissibility of any witness, but has forwarded the letters
from counsel to the appropriate agencies and will provide
additional information as it is received.

          Enclosed please find copies of Government Exhibits 6 and
80-83 from the trial of co-defendants Russell Defreitas and Abdul
Kadir (the "Defreitas trial").  Transcripts of the testimony of
expert witnesses at the Defreitas trial are enclosed.  Also
enclosed please find a December 2006 report, disclosed as 3500-MH-
16 at the Defreitas trial.  We have no other discoverable
materials that are responsive to your requests, though we reserve
the right, of course, to supplement our disclosures.

       If you have any questions, please do not hesitate to contact us.

                             Very truly yours,

                             LORETTA E. LYNCH
                             UNITED STATES ATTORNEY

By:  /s/_____
                             Marshall L. Miller
                             Jason Jones
                             Berit W. Berger
                             Zainab Ahmad
                             Assistant U.S. Attorneys
                             (718) 254-6421/7553/6134/6522

Encl.

cc:  Clerk of the Court (DLI)(via ECF) (w/o encl.)

2