

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MLM:ZA

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 20, 2010

**Via Federal Express**

Michael Hueston, Esq.
Cardinale, Hueston & Marinelli
350 Fifth Avenue, Suite 4810
New York, NY 10118

> Re:  United States v. Kareem Ibrahim
>      Criminal Docket No. 07-543 (DLI)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on July 2, 2008, the government herein furnishes supplemental discovery.  In addition, the government reiterates its request for reciprocal discovery, as set forth in full in the government's initial discovery letter.

    As you requested during our recent telephone conversation, enclosed please find copies of Government Exhibits 300-303, 303A-F, 304-319, 319T, 320-330, 332-336, 338-339, 341-343 and 345 from the trial of co-defendants Russell Defreitas and Abdul Kadir.  As we discussed, the originals of those documents, and others seized during the execution of search warrants at the home of Abdul Kadir in Guyana on June 3, 2007 and June 10, 2007, are available for your review, upon request.

If you have any questions, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        UNITED STATES ATTORNEY

By:  /s/ Marshall L. Miller
     Marshall L. Miller
     Jason Jones
     Berit W. Berger
     Zainab Ahmad
     Assistant U.S. Attorneys
     (718) 254-6421/7553/6134/6522

Encl.

cc: Clerk of the Court (DLI)(via ECF) (w/o encl.)