# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 350 FIFTH AVENUE, SUITE 4810 | Tel: (212) 643-2900 |
| EMPIRE STATE BUILDING | Fax: (212) 643-2901 |
| NEW YORK, NEW YORK 10118 | Email: mhueston@nyc.rr.com |

ADMITTED NY

September 22, 2010

By ECF/ Postal Mail
The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Defreitas, et al.,* 07-cr-543-DLI

Your Honor:

      As Your Honor is aware, we represent defendant Kareem Ibrahim in the above-referenced matter.  We write to request a three-day adjournment of the upcoming status conference, currently scheduled for September 27, 2010 at 11:00 a.m.  It is necessary to make this request because Ms. Dolan will be on trial that day before the Honorable Laura Taylor Swain in the Southern District, and we feel it would be beneficial for both counsel to attend the conference to discuss Mr. Ibrahim's health status and a trial schedule.

      Having conferred with the government and Your Honor's deputy, we request an adjournment to Thursday, September 30, 2010 at 10:00 a.m.

      Your Honor's consideration of this letter is appreciated.

      Respectfully,

      s/
      Michael Hueston
      Zoe Dolan

Cc:    AUSAs Marshall Miller, Berit Berger, Jason Jones & Zainab Ahmad

       Via ECF