## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Before: Dora L. Irizarry, U.S.D.J.**   Date: **9/30/10**   Time in Court: **1:04**

Docket Number: **07-CR-543**

Deft Name:   **Kareem Ibrahim**                                                                **#2**
             ___ Present   **X**  Not Present              **X**  Custody   ___ Bail

Defense Counsel:   **Michael Hueston and Zoe Dolan**
             **X**  CJA              ___ Retained              ___ Federal Defenders

A.U.S.A.:   **Marshall Miller, Jason Jones, and Zainab Ahmad**

Other Appearance(s): **Peter Lee, USMS**

Court Reporter: **Marsha Diamond**          Deputy Clerk: **Christy Carosella**

**X**      Status Conference held.

**X**      **Speedy Trial**: Code Type **XT**   Start: **9/30/10**          Stop: **10/20/10**
         ___ Order / Waiver Executed & Filed.   **X** Entered on record.
          **X**  In the interest of justice as stated on the record and with consent of parties.

**X**      Further status conference set for **OCTOBER 20, 2010 at 10:00 AM.**

Other: **Defense counsel summarizes defendant's health status; notes defendant will not be able to sit for a full day of trial and MDC not viable option for detention during trial.  Government spoke with USMS concerning possible detention at Valhalla, NY.  Deputy Marshal Lee concurs that MDC is not a viable option; requests additional two weeks to explore Valhalla possibility; notes concerns with Valhalla regarding psychological nature of defendant's condition.  Defense counsel consents to disclosure of recently provided psychiatric report and medical records from Devens to USMS. Parties to explore possibility of other state/local facilities for detention during trial.  Ms. Dolan to provide deputy with contact information for defendant's counselor at Devens for possible telephonic participation at the next status conference.  Parties statements heard with respect to possible disposition; government provided plea agreement; hope to continue discussions. Government estimates trial will last three weeks not including jury selection, deliberations, and shorter trial days to accommodate the defendant's medical needs/limitations.   Trial schedule discussed; Ms. Dolan notes possible conflict re SDNY capital trial; Ms. Dolan shall provide details to courtroom deputy; Judge Irizarry will contact SDNY judge.  Tentative trial schedule set:  April 4, 2011 for distribution of questionnaires to jurors (panel of 500); April 25 deadline for parties to advise court of challenges for cause (consent and non-consent); April 28 at 10:00 am (whole day) parties to meet with court for arguments on cause challenges; Individualized voir dire of prospective jurors will begin on May 2.  Parties shall begin review and streamline of jury questionnaire.**