

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLM/BWB/ZA                                   *271 Cadman Plaza East*
F.#2006R00688                                *Brooklyn, New York  11201*

February 22, 2011

**BY HAND AND ECF**

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Kareem Ibrahim
           Criminal Docket No. 07-543 (DLI)

Dear Judge Irizarry:

     The government respectfully submits this letter to request authority to submit a brief letter responding to (a) a newly asserted motion to compel, and (b) new and incorrect factual allegations, each contained within the defendant's Reply to Motions in Limine Re Anonymous Jury, Experts, Judicial Notice and Material Necessary for the Defense, dated February 18, 2011. Such a letter would, in the government's view, better enable the Court to resolve the outstanding motions at the next conference, scheduled for February 28, 2011.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney

                    By:   /s/ Marshall L. Miller
                        Marshall L. Miller
                        Berit W. Berger
                        Zainab Ahmad
                        Assistant U.S. Attorneys
                        (718) 254-6421/6134/6522

cc:      Counsel for the defendant (via ECF and email)