## CRIMINAL CAUSE FOR STATUS CONFERENCE

Before: **Dora L. Irizarry, U.S.D.J.**   Date: 3/28/11   Time in Court: 1:09

Docket Number: 07CR543

Deft Name: Kareem Ibrahim   #2
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

Defense Counsel: Michael Hueston & Zoe Dolan & Karloff Commissiong
✓ CJA   ___ Retained   ___ Federal Defenders

A.U.S.A.: Berit Berger & Zainab Ahmad   Court Reporter: Anthony Mancuso

Appearing by telephone: Drs. Karl Bernhard & Sandra Howard (FMC Devens)

Other appearance(s): Crista Colvin (MDC Staff Atty); Det. Inv Robert Addonizio EMT: Andrew Mikolinacz

Deputy Clerk: **Christy Carosella**

✓ Status Conference held.

Other: Health issues discussed. Copies of all medical records (from Devens & MDC) are to be sent to defense counsel and the Court; defendant to execute appropriate releases. Court advises the deft that trial may proceed in his absence, if necessary. Colvin & Hueston shall cooperate to expedite process for family visitation at MDC. Defense counsel will submit a proposed order for trial clothing. Defendant waives his appearance at distribution of questionnaires on Apr 5 & 6; defense counsel shall advise as to deft's presence during voir dire. Questionnaire amended, but Court notes minor typos. Procedures for duplication of questionnaire discussed. Same procedure will be used for jury charge as court adopted during trial of codefendants last year.