UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
        -against-                            :        **VERDICT SHEET**
                                             :        07-CR-543 (DLI)(SMG)
KAREEM IBRAHIM,                              :
also known as "Amir Kareem"                  :        Page 1 of 2
and "Winston Kingston,"                      :
                                             :
                Defendant.                   :
------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

Court's Exhibit No. 2
Identification/Evidence
DKT.# 07CR543
DATE: 5/25/2011

## COUNT # 1 (Conspiracy to Attack Public Transportation System)

With respect to Count One, what is your verdict as to **KAREEM IBRAHIM**?

            Not Guilty _____        Guilty __✓__

## COUNT # 2 (Conspiracy to Destroy a Building or Other Real Property by Fire or Explosive)

With respect to Count Two, what is your verdict as to **KAREEM IBRAHIM**?

            Not Guilty _____        Guilty __✓__

## COUNT # 3 (Conspiracy to Attack Aircraft and Aircraft Materials)

With respect to Count Three, what is your verdict as to **KAREEM IBRAHIM**?

            Not Guilty _____        Guilty __✓__

VERDICT SHEET – U.S. v. IBRAHIM, 07-CR-543
Page 2 of 2

## COUNT # 4 (Conspiracy to Destroy or Damage International Airport Facilities)

With respect to Count Four, what is your verdict as to **KAREEM IBRAHIM**?

Not Guilty _____        Guilty ✓

## COUNT # 5 (Conspiracy to Attack Mass Transportation Facility)

With respect to Count Five, what is your verdict as to **KAREEM IBRAHIM**?

Not Guilty _____        Guilty ✓


Dated:   Brooklyn, New York
         05-26-_____, 2011

_____#1_____
**Foreperson (Indicate Jury Seat # ONLY!)**

2