

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLM:BWB/ZA
F.#2006R00688

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 18, 2011

**By Hand Delivery and ECF**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   United States v. Kareem Ibrahim
             Criminal Docket No. 07-543 (DLI)

Dear Judge Irizarry:

      On November 10, 2011, the Court granted the defendant's request for additional time in which to submit his sentencing submission.  The defendant filed his submission on November 14, 2011.  The government respectfully requests that it now be allowed to file its sentencing submission on December 5, 2011 instead of December 1, 2011, as set forth in the prior schedule.  Defendant has no objection to this request.

                                          Respectfully submitted,

                                          LORETTA E. LYNCH
                                          UNITED STATES ATTORNEY

                            By:        /s/
                                          Marshall L. Miller
                                          Berit W. Berger
                                          Zainab Ahmad
                                          Assistant U.S. Attorneys
                                          (718)254-6421/6134/6522

cc:   Michael Hueston, Esq. (via email and ECF)
       Zoe Dolan, Esq. (via email and ECF)